UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61985-CIV-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXANDER F. RIZZO,

    Defendant.

_____/

## ORDER REGARDING SERVICE

THIS CAUSE is before the Court upon Plaintiff's refiled Complaint [DE 1]. Plaintiff previously sued Defendant in Case No. 12-60773-CV-Dimitrouleas, but failed to prosecute the action. The Court dismissed the prior case under Federal Rule of Civil Procedure 4(m).

The Court issues this Order to inform Plaintiff that it must abide by Rule 4(m) or this action will likewise be dismissed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of October, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Alexander F. Rizzo
1 Las Olas Cir, Apt. 1503
Fort Lauderdale, FL, 33316-1644